1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  300 South First Street, Suite 342
   San Jose, California  95113
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Emails: tanya@moorelawfirm.com;
   service@moorelawfirm.com
5
   Attorney for Plaintiff,
6  Darren Gilbert

7

8 UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

10

11

| | |
|---|---|
| DARREN GILBERT, | No. 2:21-cv-01863-MCE-CKD |
| Plaintiff, | **ORDER FOR STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |
| vs. | |
| SIERRA ELM INC. dba BELL ROAD CHEVRON; CHEVRON U.S.A. INC. dba BELL ROAD CHEVRON; PROCISSI VENTURES - BELL ROAD, LLC; | |
| Defendants. | |

The parties having so stipulated and good cause appearing, **IT IS HEREBY ORDERED** that Defendants, Sierra Elm Inc. dba Bell Road Chevron; Chevron U.S.A. Inc. dba Bell Road Chevron; and Procissi Ventures - Bell Road, LLC, be DISMISSED from the above-captioned action with prejudice.  Each party shall bear its own attorneys' fees and costs, and the Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:  April 25, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE